**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**ROBERTA ORTIZ,**

       **Plaintiff,**

   **vs.**

                                 **CIV. NO. 1:22-cv-00690-MIS-LF**

**KILOLO KIJAKAZI,**
**Acting Commissioner of**
**Social Security,**

       **Defendant.**

### ORDER GRANTING UNOPPOSED REMAND

Defendant, the Acting Commissioner of Social Security (Commissioner), by and through her counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings.[1] *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

IT IS SO ORDERED.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

---

[1] The Court will enter a separate judgment pursuant to Federal Rule of Civil Procedure 58.

Submitted by:

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Filed Electronically 8/17/23*
MARGARET SOBOTA
Special Assistant United States Attorney

ATTORNEYS FOR DEFENDANT


Approved by:

*/s/ Electronically approved on 8/16/23*
Benjamin Decker

ATTORNEY FOR PLAINTIFF