**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**ROBERTA ORTIZ,**

    **Plaintiff,**

  vs.

**KILOLO KIJAKAZI,**
**Acting Commissioner of**
**Social Security,**

    **Defendant.**

CIV. NO. 1:22-cv-00690-MIS-LF

## FINAL JUDGMENT

**THE COURT,** having issued the Order Granting Unopposed Remand, ECF No. 33, enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Defendant's Unopposed Motion for Remand, ECF No. 32, has been granted. ECF No. 33. This case is therefore **REMANDED** to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

.

                                                **MARGARET STRICKLAND**
                                                UNITED STATES DISTRICT JUDGE